# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHN BROCK,

                Petitioner

           v.

ROBERT GILMORE, ET AL.,

                Respondent

:  No. 43 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.